UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
DEC 14 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) CAUSE NO. | |
| ) | |
| ABDUL HADI, and ) | -01 |
| SUBTAIN RAJA, ) | -02 |
| ) | |
| Defendants. ) | |

1:21-cr-0368TWP-MG

**INDICTMENT**

The Grand Jury charges that:

COUNT 1
21 U.S.C. § 841(a)(1), (b)(1)(D) and 18 U.S.C. § 2
Possession with Intent to Distribute Controlled Substances

On or about February 19, 2021, within the Southern District of Indiana, ABDUL HADI and SUBTAIN RAJA, the defendants herein, did knowingly possess with intent to distribute marijuana, a Schedule I controlled substance, in an amount less than fifty (50) kilograms.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

COUNT 2
18 U.S.C. § 924(c)(1)(A)
Carrying a Firearm During and in Relation to a Drug Trafficking Crime

On or about February 19, 2021, the Southern District of Indiana, defendant ABDUL HADI, during and in relation to a drug trafficking crime, to wit: Possession with Intent to Distribute Controlled Substances as charged in Count 1, did knowingly carry a firearm, to wit:

1

one (1) Sig Sauer P229 9mm caliber pistol; and/or one Beretta APX 9mm caliber pistol, serial number AXC040399; and/or one (1) Springfield Armory, model XDME, 9mm pistol; and/or One (1) Hi-Point Firearms, model JCP, .40 caliber pistol; and/or one (1) Beretta, model Centurion AP X, 9mm pistol bearing serial number A121398X; and/or one (1) Beretta, model APX, 9mm pistol bearing serial number AXC040399; and/or one (1) Beretta, model APX, 9mm pistol bearing serial number AXC040432; and/or one (1) Beretta, model APX, 9mm pistol bearing serial number AXC040440; and/or one (1) Beretta, model APX, 9mm pistol bearing serial number AXC040441; and/or one (1) Glock, model 17 Gen 5, 9mm pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)
## Carrying a Firearm During and in Relation to a Drug Trafficking Crime

On or about February 19, 2021, the Southern District of Indiana, defendant SUBTAIN RAJA, during and in relation to a drug trafficking crime, to wit: Possession with Intent to Distribute Controlled Substances as charged in Count 1, did knowingly carry a firearm, to wit: one (1) FN model Five-seveN, 5.7mm pistol.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

  a. $9,120 Canadian Currency
  b. $48,615 United States Currency
  c. $5,960.00 United States Currency

3. The allegations contained in Counts 2 and 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

4. Upon conviction of the offenses in violation of Title 18, United States Code, Section 924 set forth in Counts 2 and 3 of this Indictment, the defendants, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

  a. One (1) Sig Sauer, model P229, 9mm pistol bearing serial number AM68145
  b. One (1) Springfield Armory, model XDME, 9mm pistol bearing serial number BY263210
  c. One (1) Hi-Point Firearms, model JCP, .40 caliber pistol bearing serial number 700055
  d. One (1) Beretta, model Centurion AP X, 9mm pistol bearing serial number A121398X
  e. One (1) Beretta, model APX, 9mm pistol bearing serial number AXC040399
  f. One (1) Beretta, model APX, 9mm pistol bearing serial number AXC040432
  g. One (1) Beretta, model APX, 9mm pistol bearing serial number AXC040440

    **h.**    One (1) Beretta, model APX, 9mm pistol bearing serial number AXC040441
    **i.**    One (1) Glock, model 17 Gen 5, 9mm pistol bearing serial number BPDH458
    **j.**    One (1) FNH Model-FN FiveseveN 5.7mm handgun, serial number 386383419

5. If any of the property described above, as a result of any act or omission of the defendant[s]:

    **a.**    cannot be located upon the exercise of due diligence;
    **b.**    has been transferred or sold to, or deposited with, a third party;
    **c.**    has been placed beyond the jurisdiction of the court;
    **d.**    has been substantially diminished in value; or
    **e.**    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

6. In addition, the United States may seek civil forfeiture of the property described above in paragraph 4 pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

ZACHARY A. MYERS
United States Attorney

By: *Jayson W. McGrath*
Jayson W. McGrath
Assistant United States Attorney